**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Devar Tremaine Ravenell, Appellant.

Appellate Case No. 2017-001704

---

Appeal From Berkeley County
Kristi Lea Harrington, Circuit Court Judge

---

Unpublished Opinion No. 2019-UP-102
Submitted February 1, 2019 – Filed March 6, 2019

---

**AFFIRMED**

---

Eric B. Laquiere, of Laquiere Law Firm, LLC, of Johns Island, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) ("In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the trial [court]. Issues not raised and ruled upon in the

trial court will not be considered on appeal."); *State v. Geer*, 391 S.C. 179, 193, 705 S.E.2d 441, 448 (Ct. App. 2010) ("[A]n issue may not be raised for the first time in a post-trial motion." (quoting *S.C. Dep't of Transp. v. First Carolina Corp. of S.C.*, 372 S.C. 295, 301, 641 S.E.2d 903, 907 (2007))); *State v. Williams*, 303 S.C. 410, 411-12, 401 S.E.2d 168, 169 (1991) (finding an issue unpreserved because the appellant failed to object at a sentencing hearing); *Fleming v. State*, 399 S.C. 380, 381, 731 S.E.2d 889, 889 (2012) (per curiam) (finding no issues were preserved for appellate review because the appellant made no objections during a probation revocation hearing); *State v. Head*, 330 S.C. 79, 87, 498 S.E.2d 389, 393 (Ct. App. 1997) ("This court cannot address unpreserved errors.").

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.